# IN THE SUPREME COURT OF THE STATE OF NEVADA

GARY E. MCKINLEY,
               Appellant,

vs.

MEGAN MCCLELLAN; ROBERT
LEGRAND, WARDEN; S.L. FOSTER;
RICHARD MAIN; LEANNE
RUTHERFORD; STARLIN GENTRY; J.
HILDERBRAND; QUENTIN BYRNE; S.
BAROS; CATHERINE CORTEZ MASTO;
AND BENJAMIN JOHNSON,
               Respondents.

No. 75340





APR 0 6 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
        DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from various district court orders. Eleventh Judicial District Court, Pershing County; Jim C. Shirley, Judge.

Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the notice of appeal appears to be untimely filed under NRAP 4(a) because it appears that it was filed more than 30 days after service of written notices of entry of the orders appealed from.[1] *See* NRAP 4(a)(1); NRAP 26(c). Written notices of entry of the orders appealed from were filed and served by mail on December 16 and 21, 2016. Appellant's notice of appeal from these orders was due no later than January 20, 2017, and January 23, 2017. Appellant did not file his notice of appeal until March 9, 2018.

---

[1]It also appears that many of the orders appealed from may not be substantively appealable. *See* NRAP 3A(b).

An untimely notice of appeal fails to vest jurisdiction in this court. *See Healy v. Volkswagenwerk Aktiengesellschaft*, 103 Nev. 329, 741 P.2d 432 (1987). Accordingly, we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Gibbons

_____, J.
Hardesty

cc:  Hon. Jim C. Shirley, District Judge
      Gary E. McKinley
      Attorney General/Carson City
      Attorney General/Las Vegas
      Pershing County Clerk